IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PAUL HARRIS,<br>904 Quincy Street, NE<br>Apartment 3<br>Washington, DC  20017<br><br>                    Plaintiff,<br><br>v.<br><br>CORRECTIONS CORPORATION OF AMERICA,<br>10 Burton Hill Boulevard<br>Nashville, TN  37215<br><br>CENTRAL TREATMENT FACILITY,<br>1901 E Street, SE<br>Washington, DC  20019<br><br>and the DISTRICT OF COLUMBIA,<br>441 4th Street, NW<br>Washington, DC  20001<br><br>                    Defendants. | No. _____<br>(Superior Court of District of<br>Columbia  No. 2007 CA 996241 B) |

**CORPORATE DISCLOSURE STATEMENT**

This Corporate Disclosure Statement is filed on behalf of Defendant Corrections Corporation of America in compliance with the provisions of: *(check one)*

    __X__ Rule 7.1, Federal Rules of Civil Procedure, a nongovernmental corporate party to an action in district court must file a statement that identifies any parent corporation and any publicly held corporation that owns 10% or more of its stock or states that there is no such corporation.

    _____ Rule 12.4(a)(1), Federal Rule of Criminal Procedure, any nongovernmental corporate party to a proceeding in a district court must file a statement that identifies any parent corporation and any publicly held corporation that owns 10% or more of its

stock or states that there is no such corporation.

**The filing party hereby declares as follows:**

__X__ No such corporation.

_____ Party is a parent, subsidiary or other affiliate of a publicly owned

corporation as listed below. *(Attach additional pages if needed.)*

_____ Relationship

_____ Publicly held corporation, not a party to the case, with a financial interest in the outcome. *List identity of corporation and the nature of financial interest. (Attach additional pages if needed.)*

_____ Relationship

_____ Other (please explain)

A supplemental disclosure statement will be filed upon any change in the information provided herein.

Dated: November 30, 2007

By: _/s/ Daniel Struck by M. Bray_
Daniel P. Struck (D.C. Bar No. CO0037)
Jennifer L. Holsman (D.C. Bar No. 495296)
JONES, SKELTON & HOCHULI, P.L.C.
2901 North Central Avenue, Suite 800
Phoenix, Arizona 85012
Telephone: (602) 263-1700
Facsimile: (602) 263-1784

Paul J. Maloney (D.C. Bar No. 362533)
Mariana Bravo (D.C. Bar No. 473809)
CARR MALONEY, PC
1615 L Street, NW, Suite 500
Washington, DC 20036
Telephone: (202) 315-5500
Facsimile: (202) 310-5555

Attorneys for Defendant *Corrections Corporation of America*

- 3 -

## CERTIFICATE OF SERVICE

I hereby certify that, on November 30, 2007, a copy of the foregoing was served by First Class U.S. Mail on the following parties:

Deidra L. McEachern, Esq.
MCEACHERN & MCEACHERN, P.C.
1453-B Pennsylvania Avenue, S.E.
Washington, D.C. 20003
Attorneys for Plaintiff *Paul Harris*

Urenthea McQuinn, Esq.
Assistant Attorney General
OFFICE OF THE ATTORNEY GENERAL
441 4th Street, N.W., 6S051
Washington, D.C. 20001
Attorney for Defendant *District of Columbia*

/s/ Mariana D. Bravo

1853380.1