## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Paul Harris, | |
| Plaintiff, | Civil No. 1:07-cv-02169-RWR |
| v. | |
| Corrections Corporation of America, Central Treatment Facility, District of Columbia, | |
| Defendant. | |

## <u>NOTICE OF APPEARANCE</u>

Pursuant to LCvR 83.6, Daniel P. Struck, Esq. (D.C. Bar No. CO0037) hereby enters his appearance as counsel for Defendant, District of Columbia, for non-medical claims only, in the above-captioned matter.

The firm address, telephone and facsimile numbers, as well as e-mail address for Daniel P. Struck, Esq. is as follows:

> Daniel P. Struck, Esq.
> Jones, Skelton & Hochuli, P.L.C.
> 2901 North Central Avenue, Suite 800
> Phoenix, Arizona 85012
> Telephone No.: (602) 263-7323
> Facsimile No.:   (602) 200-7811
> E-Mail: dstruck@jshfirm.com

1869062.1

Dated: January  17, 2008        By:  s/ Daniel P. Struck
                                   Daniel P. Struck (D.C. Bar No. CO0037)
                                   Jennifer L. Holsman (D.C. Bar No. 495296)
                                   JONES, SKELTON & HOCHULI, P.L.C.
                                   2901 North Central Avenue, Suite 800
                                   Phoenix, Arizona  85012
                                   Telephone:   (602) 263-1700
                                   Facsimile:    (602) 263-1784

                                   Paul J. Maloney (D.C. Bar No. 362533)
                                   Mariana Bravo (D.C. Bar No. 473809)
                                   CARR MALONEY, PC
                                   1615 L Street, NW, Suite 500
                                   Washington, DC 20036
                                   Telephone: (202) 315-5500
                                   Facsimile: (202) 310-5555

                                   Attorneys for Defendants *District of Columbia*
                                   and *Corrections Corporation of America*

Foregoing filed ***electronically***
this 17th day of January, 2008.

1869062.1

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on January 17, 2008, a copy of the foregoing Notice of Appearance

was served by First Class U.S. Mail on the following parties:

Deidra L. McEachern, Esq.
MCEACHERN & MCEACHERN, P.C.
1453-B Pennsylvania Avenue, S.E.
Washington, D.C.  20003
Attorneys for Plaintiff *Paul Harris*

Urenthea McQuinn, Esq.
Assistant Attorney General
OFFICE OF THE ATTORNEY GENERAL
441 4th Street, N.W., 6S051
Washington, D.C.  20001
Attorney for  Defendant, *District of Columbia*

Paul J. Maloney, Esq.
Mariana D. Bravo, Esq.
CARR MALONEY, P.C.
1615 L Street, N.W., Suite 500
Washington, DC  20036

Attorneys for Defendants *District of Columbia*
and *Corrections Corporation of America*


      /s/ Daniel P. Struck
Daniel P. Struck

1869062.1