**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| Paul Harris,<br><br>   Plaintiff,<br><br> v.<br><br>Corrections Corporation of America, Central Treatment Facility, District of Columbia,<br><br>   Defendant. | Civil No. 1:07-cv-02169-RWR |

**NOTICE OF APPEARANCE**

Pursuant to LCvR 83.6, Jennifer L. Holsman, Esq. (D.C. Bar No. CO0037) hereby enters his appearance as counsel for Defendant, Corrections Corporation of America, in the above-captioned matter.

The firm address, telephone and facsimile numbers, as well as e-mail address for Jennifer L. Holsman, Esq. is as follows:

>Jennifer L. Holsman, Esq.
>Jones, Skelton & Hochuli, P.L.C.
>2901 North Central Avenue, Suite 800
>Phoenix, Arizona 85012
>Telephone No.: (602) 263-7310
>Facsimile No.:  (602) 200-7507
>E-Mail: jholsman@jshfirm.com

|  |  |
|---|---|
| Dated: January 17, 2008 | By: s/ Jennifer L. Holsman |

        Daniel P. Struck (D.C. Bar No. CO0037)
        Jennifer L. Holsman (D.C. Bar No. 495296)
        JONES, SKELTON & HOCHULI, P.L.C.
        2901 North Central Avenue, Suite 800
        Phoenix, Arizona  85012
        Telephone:  (602) 263-1700
        Facsimile:   (602) 263-1784

        Paul J. Maloney (D.C. Bar No. 362533)
        CARR MALONEY, PC
        1615 L Street, NW, Suite 500
        Washington, DC 20036
        Telephone: (202) 315-5500
        Facsimile: (202) 310-5555

        Attorneys for Defendants *District of Columbia*
        and *Corrections Corporation of America*

Foregoing filed *electronically*
this 17th day of January, 2008.

**CERTIFICATE OF SERVICE**

      I hereby certify that on January 17, 2008, a copy of the foregoing Notice of Appearance was served by First Class U.S. Mail on the following parties:

Deidra L. McEachern, Esq.
MCEACHERN & MCEACHERN, P.C.
1453-B Pennsylvania Avenue, S.E.
Washington, D.C. 20003
Attorneys for Plaintiff *Paul Harris*

Urenthea McQuinn, Esq.
Assistant Attorney General
OFFICE OF THE ATTORNEY GENERAL
441 4th Street, N.W., 6S051
Washington, D.C. 20001
Attorney for Defendant, *District of Columbia*

Paul J. Maloney, Esq.
CARR MALONEY, P.C.
1615 L Street, N.W., Suite 500
Washington, DC 20036

  Attorneys for Defendants *District of Columbia*
  and *Corrections Corporation of America*

                        /s/ Jennifer L. Holsman
                        Jennifer L. Holsman

1869068.1