# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

**PAUL HARRIS,**                                    *

    **Plaintiff,**

    **v.**                                    *        **CIVIL ACTION:** 1:07-cv-02169-RWR

**CORRECTIONS CORP. OF AMER.,**
**CTF, DISTRICT OF COLUMBIA ,et al.**   *

    **Defendants.**                           *

## NOTICE OF APPEARANCE

Deidra L. McEachern, Esq. hereby enters her appearance in the above captioned

matter as counsel for the Plaintiff, Paul Harris.

Respectfully submitted,

/s/ Deidra L. McEachern, Esq.
Deidra L. McEachern, Esq.
Bar # 418572
McEachern & McEachern, P.C.
1453-B Pennsylvania Avenue, SE
Washington, DC 20003
(202) 548-2385
(202) 548-2379 Facsimile
Mceachernlaw@aol.com e-mail

<u>**CERTIFICATE OF SERVICE**</u>

I HEREBY CERTIFY that a true copy of the foregoing Notice of Appearance was eserverved to Jennifer L. Holsman, Esq. Jones, Skelton & Hochuli, P.L.C., 2901 North Central Ave., Suite 800, Phoenix, AZ 85012, jholsman@jshfirm.com, Paul Maloney, Carr Maloney, PC, 1615 L Street, NW Suite 500, Washington, DC 20036, Urenthea McQuinn, AAG, Office of the Attorney General, 441 4th Street, NW 6SO51, Washington, DC 20001, urenthea.mcquinn!dc.gov, and Daniel P. Struck, Jones, Skelton & Hochuli, P.L.C., 2901 North Central Ave., Suite 800, Phoenix AZ 85012, struck@jshfirm.com. this 6th day of March, 2008.

/s/ Deidra L. McEachern, Esq.
Deidra L. McEachern, Esq.