IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Paul Harris,<br><br>               Plaintiff,<br><br>   v.<br><br>Corrections Corporation of America, Central Treatment Facility, District of Columbia,<br><br>               Defendant. | Civil No. 1:07-cv-02169-RWR |

**JOINT CASE MANAGEMENT PLAN PURSUANT TO LCvR 16.3 AND FRCP *26(f)***

       Plaintiff Paul Harris, Corrections Corporation of America and the District of Columbia, pursuant to Local Civil Rule 16.3 and Federal Rule of Civil Procedure 26(f), hereby submit the following Joint Case Management Plan.

       On March 11, 2008, counsel for Plaintiff Paul Harris, Deidra L. McEachern, Esq.; counsel for Defendants CCA and the District of Columbia, Jennifer Holsman; and counsel for the District of Columbia Urenthea McQuinn, met to discuss the issues set forth in LCvR 16.3(c) pursuant to this Court's Order of February 14, 2008. The meeting took place via teleconference.

**STATEMENT OF THE CASE**

       Plaintiff alleges that while incarcerated at the Correctional Treatment Facility, he slipped and fell in the culinary unit because the floors were wet and he, allegedly, was not provided proper footwear. Plaintiff's Complaint makes the following allegations against Defendants: (1) violation of 42 U.S.C. § 1983 against all parties; (2) negligence; and (3) failure to treat. Each Defendant denies both liability and damages.

Status of Dispositive Motions: There are no pending dispositive motions before the Court. Defendants anticipate filing dispositive motions in this case at a later date.

Amended Pleadings: The parties suggest a deadline of **June 6, 2008**, to amend the complaint or to join additional parties.

Assignment to a Magistrate Judge: The parties do not believe that this matter should be assigned to a Magistrate Judge.

Settlement Possibility: The parties believe that this case may warrant early consideration for settlement. The parties request that the court appoint a Magistrate Judge to conduct a settlement conference to be held within the next ninety (90) days in order to attempt to resolve the matter without expending a considerable amount of fees and costs.

Alternative Dispute Procedures: The parties will not know whether this case is a good candidate for ADR until after the completion of document discovery.

Dispositive Motions: The parties suggest that any dispositive motions be filed by **March 6, 2009**, or within 30 days following the close of discovery, whichever is later.

Initial Disclosures: The parties suggest Initial Disclosures be exchanged by **April 4, 2008.**

Discovery: The parties suggest that Discovery be completed by **February 6, 2009.**

Experts: The parties suggest the following dates for the disclosure and service of expert reports pursuant to Rule 26(a)(2)(B), FED. R. ClV. P.: Disclosure of Plaintiff's Experts: **September 5, 2008**; Disclosure of Defendants' Experts: **November 7, 2008.**

Class Action Procedures: Not applicable.

Bifurcation of Discovery or Trial: The parties do not intend to bifurcate

discovery or trial at this time.

Proposed Date for Pretrial Conference: The parties request that a Joint Proposed Pretrial Order be submitted on or before **May 1, 2009,** or thirty (30) days after the court's ruling on pending dispositive motions. The parties request that the Court set a Pretrial Conference thereafter consistent with the Court's calendar.

Trial Date: The parties request that the court set a trial date at the Joint Pretrial Conference. In the event that the court sets a date certain for the Joint Pretrial Conference at the upcoming hearing, the parties request that the court set a trial date for no sooner than **May, 2009**.

Electronic Discovery: The parties will produce electronic data to the extent available. Electronic documents and data will be produced in its original format.

Protective Orders: The parties will be filing a Joint Protective Order regarding proprietary information.

Other: Defendants propose the following limitations on discovery:

    A.    10 Depositions Per Side.

    B.    25 Interrogatory Requests Per Side.

    C.    25 Requests for Production Per Side.

    D.    10 Requests for Admission Per Side.

Plaintiffs propose the following limitations on discovery:

    A.    6 Depositions Per Side.

    B.    30 Interrogatory Requests Per Side.

    C.    30 Requests for Production Per Side.

    D.    20 Requests for Admission Per Side.

| | |
|---|---|
| Dated: March 27, 2008 | By:  s/ Jennifer L. Holsman |
| | Daniel P. Struck (D.C. Bar No. CO0037) |
| | Jennifer L. Holsman (D.C. Bar No. 495296) |
| | JONES, SKELTON & HOCHULI, P.L.C. |
| | 2901 North Central Avenue, Suite 800 |
| | Phoenix, Arizona  85012 |
| | Telephone:  (602) 263-1700 |
| | Facsimile:   (602) 263-1784 |
| | |
| | Paul J. Maloney (D.C. Bar No. 362533) |
| | Mariana Bravo (D.C. Bar No. 473809) |
| | CARR MALONEY, PC |
| | 1615 L Street, NW, Suite 500 |
| | Washington, DC 20036 |
| | Telephone: (202) 315-5500 |
| | Facsimile: (202) 310-5555 |
| | |
| | Attorneys for Defendants *District of Columbia* and *Corrections Corporation of America* |

Foregoing filed *electronically*
this 27th day of March, 2008.

- 4 -

1880582.1

## CERTIFICATE OF SERVICE

        I hereby certify that on March 27, 2008, a copy of the foregoing *Joint Case Management Plan* was served by First Class U.S. Mail on the following parties:

Deidra L. McEachern, Esq.
MCEACHERN & MCEACHERN, P.C.
1453-B Pennsylvania Avenue, S.E.
Washington, D.C. 20003

Attorneys for Plaintiff *Paul Harris*

Urenthea McQuinn, Esq.
Assistant Attorney General
OFFICE OF THE ATTORNEY GENERAL
441 4th Street, N.W., 6S051
Washington, D.C. 20001

Attorney for Defendant, *District of Columbia*

Paul J. Maloney, Esq.
Mariana D. Bravo, Esq.
CARR MALONEY, P.C.
1615 L Street, N.W., Suite 500
Washington, DC 20036

Attorneys for Defendants *District of Columbia* and *Corrections Corporation of America*

                                      /s/ Jennifer L. Holsman
                                      Jennifer L. Holsman