IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **PAUL HARRIS,** | * |
| **Plaintiff,** | |
| | * |
| v. | **CIVIL NO.:** 07-cv-02169 RWR |
| **CORRECTIONS CORPORATION OF AMERICA, et. al.** | * |
| **Defendants.** | * |

## PLAINTIFF'S RULE 26(A)(1) INITIAL DISCLOSURE ATTACHMENT AMENDMENT

Plaintiff hereby amends his Initial Disclosure Statement Attachment II and III to indicate that Medical Records and Medical Bills (respectively) are from Greater SE Hospital, rather than D.C. General Hospital. Copies of the medical records only are also held by Plaintiff's counsel.

Respectfully submitted,

/s/ Deidra L. McEachern
Deidra L. McEachern, Esq.
Bar # 418572
McEachern & McEachern
!453-B Pennsylvania Avenue, SE
Washington, DC 20003
(202) 548-2385
(202) 548-2379 Facsimile
McEachernlaw@aol.com

## **CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY, that I e-served a copy of the foregoing Plaintiff's Rule 26(a)(1) Initial Disclosures Attachment Amendment on the following:

Jennifer L. Holsman, Jones, Skelton & Hochuli, P.L.C., 2901 North Central Ave., Suite 800, Phoenix, AZ 85012, jholsman@jshfirm.com, Paul J. Maloney, Mariana Bravo, CARR MALONEY, PC, 1615 L Street, NW, Suite 500, Washington, DC 20036, Urenthea McQuinn, AAG, Office of Attorney General, 441 4th Street, N.W., 6S051, Washington, DC 20001, urenthea.mcquinn@dc.gov

this 4th day of April, 2008.

                                            /s/ Deidra L. McEachern
                                            Deidra L. McEachern, Esq.