UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| PAUL HARRIS,  )<br>  )<br>    Plaintiff,  )<br>  )<br>    v.  )<br>  )<br>CORRECTIONS CORPORATION  )<br>OF AMERICA, et al.,  )<br>  )<br>    Defendants.  )<br>  ) | Civil Action No. 07-2169 (RWR) |

**ORDER OF REFERRAL TO MEDIATION**

Based on the agreement of the parties, it is hereby

ORDERED that this case be and hereby is referred to mediation to commence on the date this Order is filed and to conclude on **July 2, 2008.** Counsel and parties, including persons with settlement authority, are directed to attend the mediation sessions. The Clerk of the Court is directed to furnish a copy of this Order to the Circuit Executive's Office for the purpose of assigning a mediator. It is further

ORDERED that if this case settles in whole or in part, plaintiff shall advise the Court by promptly filing a stipulation.

SIGNED this 8th day of April, 2008.

/s/
RICHARD W. ROBERTS
United States District Judge