# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Paul Harris,<br><br>        Plaintiff,<br><br>   v.<br><br>Corrections Corporation of America, Central Treatment Facility, District of Columbia,<br><br>        Defendant. | Civil No. 1:07-cv-02169-RWR |

## JOINT MOTION TO EXTEND MEDIATION DEADLINE

Plaintiff Paul Harris, Defendant Corrections Corporation of America ("CCA") and Defendant District of Columbia, through undersigned counsel, hereby jointly request that the deadline to complete mediation be extended from July 2, 2008 to September 5, 2008. The parties agree and certify that this extension is necessary to engage in mediation in good faith and with full disclosure of the factual and legal issues involved, and is not sought solely for the purposes of delay. The parties have been attempting in good faith to obtain information necessary to successfully mediate this matter, but have not yet received the relevant documents. In addition, this extension may assist the parties in fully or partially resolving pending issues.

Therefore, the parties respectfully request that the mediation be continued to a date and time convenient to all parties.

A proposed Order is submitted simultaneously herewith.

1924755.1

| | |
|---|---|
| Dated: June 16, 2008 | By:  s/ Jennifer L. Holsman |
| | Daniel P. Struck (D.C. Bar No. CO0037) |
| | Jennifer L. Holsman (D.C. Bar No. 495296) |
| | JONES, SKELTON & HOCHULI, P.L.C. |
| | 2901 North Central Avenue, Suite 800 |
| | Phoenix, Arizona 85012 |
| | Telephone:  (602) 263-1700 |
| | Facsimile:   (602) 263-1784 |
| | |
| | Paul J. Maloney (D.C. Bar No. 362533) |
| | Mariana Bravo (D.C. Bar No. 473809) |
| | CARR MALONEY, PC |
| | 1615 L Street, NW, Suite 500 |
| | Washington, DC 20036 |
| | Telephone: (202) 315-5500 |
| | Facsimile: (202) 310-5555 |
| | |
| | Attorneys for Defendants *District of Columbia* and *Corrections Corporation of America* |
| | |
| | By:  s/ Urenthea McQuinn |
| | Urenthea McQuinn, Esq. |
| | Assistant Attorney General |
| | OFFICE OF THE ATTORNEY GENERAL |
| | 441 4th Street, N.W., 6S051 |
| | Washington, D.C. 20001 |
| | Attorney for Defendant *District of Columbia* |
| | |
| | By:  s/ Deidra L. McEachern |
| | Deidra L. McEachern, Esq. |
| | MCEACHERN & MCEACHERN, P.C. |
| | 1453-B Pennsylvania Avenue, S.E. |
| | Washington, D.C. 20003 |
| | Attorneys for Plaintiff *Paul Harris* |

Foregoing filed *electronically*
this 16th day of June, 2008.

- 2 -

1924755.1

## CERTIFICATE OF SERVICE

I hereby certify that on June 16, 2008, a copy of the foregoing *Joint Motion to Extend Mediation Deadline* was served by First Class U.S. Mail on the following parties:

Deidra L. McEachern, Esq.
MCEACHERN & MCEACHERN, P.C.
1453-B Pennsylvania Avenue, S.E.
Washington, D.C. 20003

Attorneys for Plaintiff *Paul Harris*

Urenthea McQuinn, Esq.
Assistant Attorney General
OFFICE OF THE ATTORNEY GENERAL
441 4th Street, N.W., 6S051
Washington, D.C. 20001

Attorney for Defendant, *District of Columbia*

Paul J. Maloney, Esq.
Mariana D. Bravo, Esq.
CARR MALONEY, P.C.
1615 L Street, N.W., Suite 500
Washington, DC 20036

Attorneys for Defendants *District of Columbia* and *Corrections Corporation of America*

                                        /s/ Jennifer L. Holsman
                                          Jennifer L. Holsman

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Paul Harris,<br><br>        Plaintiff,<br><br>   v.<br><br>Corrections Corporation of America, Central Treatment Facility, District of Columbia,<br><br>        Defendant. | Civil No. 1:07-cv-02169-RWR |

## **ORDER**

UPON CONSIDERATION of the parties' Joint Motion to Extend, and the entire record herein, it is this _____ day of _____, 2008, hereby

ORDERED, that the Motion is hereby GRANTED; and it is hereby

FURTHER ORDERED  that the deadline to complete the mediation be extended from July 2, 2008 to September 5, 2008.


Date:_____        _____
                                 The Honorable Richard Roberts

1928111.1