IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Paul Harris,<br><br>            Plaintiff,<br><br>       v.<br><br>Corrections Corporation of America, Central Treatment Facility, District of Columbia,<br><br>            Defendant. | Civil No. 1:07-cv-02169-RWR |

**DEFENDANT CORRECTIONS CORPORATION OF AMERICA AND DISTRICT OF COLUMBIA'S PROPOSED ORDER MODIFYING THE COURT'S INITIAL SCHEDULING ORDER**

Pursuant to the Court's June 16, 2008, Order, Defendants Corrections Corporation of America and the District of Columbia, submit this Proposed Order Modifying the Court's Initial Scheduling Order dated April 8, 2008. Defense counsel contacted the parties regarding thier consent to this Proposed Order Modifying the Court's Initial Scheduling Order on June 25 and June 30, 2008, but did not receive a response. Accordingly, the following deadlines are proposed by the Defendants only.

The parties make the following recommendations to modify any outstanding deadlines in this matter:

Dispositive Motions: The parties suggest that any dispositive motions be filed by **April 3, 2009**, or within 30 days following the close of discovery, whichever is later.

Discovery: The parties suggest that Discovery be completed by **March 6, 2009.**

Experts: The parties suggest the following dates for the disclosure and service of expert reports pursuant to Rule 26(a)(2)(B), FED. R. ClV. P.: Disclosure of Plaintiff's Experts:

**October 3, 2008**; Disclosure of Defendants' Experts: **December 5, 2008.**

<u>Proposed Date for Pretrial Conference</u>: The parties request that a Joint Proposed Pretrial Order be submitted on or before **May 1, 2009,** or thirty (30) days after the court's ruling on pending dispositive motions. The parties request that the Court set a Pretrial Conference thereafter consistent with the Court's calendar.

<u>Trial Date</u>: The parties request that the court set a trial date at the Joint Pretrial Conference. In the event that the court sets a date certain for the Joint Pretrial Conference at the upcoming hearing, the parties request that the court set a trial date for no sooner than **May, 2009**.

Dated: June 30, 2008

By: s/ Jennifer L. Holsman
Daniel P. Struck (D.C. Bar No. CO0037)
Jennifer L. Holsman (D.C. Bar No. 495296)
JONES, SKELTON & HOCHULI, P.L.C.
2901 North Central Avenue, Suite 800
Phoenix, Arizona 85012
Telephone: (602) 263-1700
Facsimile: (602) 263-1784

Paul J. Maloney (D.C. Bar No. 362533)
Mariana Bravo (D.C. Bar No. 473809)
CARR MALONEY, PC
1615 L Street, NW, Suite 500
Washington, DC 20036
Telephone: (202) 315-5500
Facsimile: (202) 310-5555
Attorneys for Defendants *District of Columbia* and *Corrections Corporation of America*

Foregoing filed *electronically*
this 30th day of June, 2008.

1931531.1

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 30th, 2008, a copy of the foregoing *Joint Case Management Plan* was served by First Class U.S. Mail on the following parties:

Deidra L. McEachern, Esq.
MCEACHERN & MCEACHERN, P.C.
1453-B Pennsylvania Avenue, S.E.
Washington, D.C.  20003

Attorneys for Plaintiff *Paul Harris*

Urenthea McQuinn, Esq.
Assistant Attorney General
OFFICE OF THE ATTORNEY GENERAL
441 4th Street, N.W., 6S051
Washington, D.C.  20001

Attorney for Defendant, *District of Columbia*

Paul J. Maloney, Esq.
Mariana D. Bravo, Esq.
CARR MALONEY, P.C.
1615 L Street, N.W., Suite 500
Washington, DC   20036

Attorneys for Defendants *District of Columbia*
and *Corrections Corporation of America*

                                     s/ Jennifer L. Holsman
                                      Jennifer L. Holsman