UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PAUL HARRIS ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C. A. No. 07- cv- 2169 (RWR) |
| ) | |
| CORRECTIONAL CORPORATOION ) | |
| OF AMERICA, *et al.,* ) | |
| ) | |
| Defendants. ) | |
| _____) | |

## NOTICE OF APPEARANCE

Will the Clerk of the Court please enter the appearance of Assistant Attorney General David A. Jackson as attorney for Defendant District of Columbia.

Respectfully submitted,

PETER J. NICKLES
Acting Attorney General for the
District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General
Civil Litigation Division

SAMUEL C. KAPLAN [463350]
Assistant Deputy Attorney General

/s/David A. Jackson/s/_____
DAVID A. JACKSON [471535]
Assistant Attorney General
Office of the Attorney General
441 Fourth Street, NW, 6 South
Washington, D.C. 20001
Direct Line: (202) 724-6618
Facsimile: (202) 727-3625
E-mail: davida.jackson@dc.gov