IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA


| | | |
|---|---|---|
| PAUL HARRIS, | * | |
|     Plaintiff, | | |
| | * | |
| v. | | CIVIL NO.: 07-cv-02169 RWR |
| CORRECTIONS CORPORATION OF AMERICA, et. al. | * | |
|     Defendants. | * | |


**CONSENT MOTION TO EXTEND TIME TO COMPLETE MEDIATION**

    COMES NOW, Paul Harris, by and through undersigned counsel and request that the this Court would extend time to complete mediation based on the following:

    The parties herein were schedule to meet and attempt to mediate this case on August 6, 2008. The Plaintiff, undersigned counsel and counsel for Defendant, Corrections Corporation of America met with mediator Paul Chassy on that date. However, counsel for the District of Columbia was not present. Undersigned counsel called Urenthea McQuinn, who was the attorney of record for the District of Columbia at the time to ascertain whether or not she would be attending the mediation. After speaking with a couple of individuals in the Office of the Attorney General, counsels and Mr. Chassy learned that Ms. McQuinn no longer worked for OAG and the case had been assigned to David Jackson. Because, according to the OAG representative, Ms. McQuinn had not indicated on her file that there was a mediation scheduled for August 6, 2008, Mr.

Jackson was unaware of it and could not be present for it due to obligations in another matter.

The parties attending the mediation were not able to work out a settlement between them and undersigned counsel did not think it prudent to do so without ascertaing the District of Columbia's position.

Mr. Jackson has now entered his appearance in this matter. Mediation is scheduled to conclude by September 5, 2008. However, undersigned counsel is in the middle of relocating her office and will not be available for mediation by September 5, 2008. Undersigned counsel had informed Ms. Holsman, counsel for CCA, at the mediation that because she was scheduled to be out of town the week following August 6, 2008 and that her office would be moving out of their then space at the end of August and relocating to their new space the first week of September, coupled with the other case obligations that she had, she was not likely be available for mediation prior to September 5, 2008. Ms. Holsman was not at that time opposed to an extension of time to mediate this case and consents to this motion. Counsel has also spoken with Mr. Jackson who does not oppose this motion.

Plaintiff expects that a 45 day extension on all dates would be sufficient to allow her to be settled in her new office and allow all parties to be up to date in this matter.

Wherefore, Plaintiff respectfully request that the time allowed for completion of

mediation be extended until to October 21, 2008 and all other dates in this case be extended for 45 days.

                                              Respectfully submitted,

                                              /s/ Deidra L. McEachern
                                              Deidra L.McEachern, Esq.
                                              Bar # 418572
                                              McEachern & McEachern
                                              !453-B Pennsylvania Avenue, SE
                                              Washington, DC 20003
                                              (202) 548-2385
                                              (202) 548-2379 Facsimile
                                              McEachernlaw@aol.com

## CERTIFICATE OF SERVICE

      I HEREBY CERTIFY, that I e-served a copy of the foregoing Consent Motion to Extend Time to Complete Mediation based on the following:

Jennifer L. Holsman, Jones, Skelton & Hochuli, P.L.C., 2901 North Central Ave., Suite 800, Phoenix, AZ 85012, jholsman@jshfirm.com, David Jackson, AAG, Office of Attorney General, 441 4th Street, N.W., 6S051, Washington, DC 20001, davida.Jackson@dc.gov. and served Paul J. Maloney, Mariana Bravo, CARR MALONEY, PC, 1615 L Street, NW, Suite 500, Washington, DC 20036.

this 3rd day of September, 2008.

                                              /s/ Deidra L. McEachern
                                              Deidra L. McEachern, Esq.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **PAUL HARRIS,** * | |
| **Plaintiff,** | |
| * | |
| v. | **CIVIL NO.:** 07-cv-02169 RWR |
| **CORRECTIONS CORPORATION** * **OF AMERICA, et. al.** | |
| **Defendants.** * | |

## POINTS AND AUTHORITIES

1. Fed. Rules of Civ. Proc. R. 6(b)(1)(A)

2. Fed. Rules of Civ. Proc. R. 7(b)

2. The inherent powers of this Court.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

**PAUL HARRIS,**     *

    **Plaintiff,**

                      *

    v.                       **CIVIL NO.:** 07-cv-02169 RWR

**CORRECTIONS CORPORATION**     *
**OF AMERICA, et. al.**

    **Defendants.**     *

### **ORDER**

Having read the foregoing Consent Motion to Extend Time to Complete Mediation, there being no opposition thereto, and having found good cause, it is hereby this

_____ day of _____, 2008, **ORDERED;**

The scheduling order in the above captioned case is modified as follows:

- Mediation in this matter shall be completed by October 21, 2008

- Any Amended Complaint shall be filed by November 21, 2008

- Plaintiff's Experts List due by January 23, 2009

- Defendant's Expert List due by February 24, 2009

- Discovery completed by March 24, 2009

- Dispositive Motions Due April 24, 2009

- Post Discovery Status Conference May 24, 2009

                                     _____
                                     Judge R. W. Roberts